WILEY RAMEY, SB#45792
Attorney at Law
9520 Castillo Drive
San Simeon, CA 93452
Phone: (805) 924-3010
Fax: (805) 924-3011

Attorney for Debtor,
GLENN O. GREGO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(SACRAMENTO DIVISION)**

| | |
|---|---|
| In re:<br><br>GLENN GREGO,<br><br>      Debtor.<br><br>_____ | District Court Case No:<br>CIV 2:15-CV-00458-TLN<br>Hon. Troy Nunley<br>DCN:  WR-024<br><br>Bankruptcy Case No:  14-20064<br>Chapter:     7 (Converted from 11)<br>Case Filed:  January 3, 2014<br><br>Adversary Proceeding No: 15-02042<br><br>Bankruptcy Appellate Panel No:<br>EC-14-1067<br><br>**ORDER EXTENDING TIME TO**<br>**FILE OPENING BRIEF** |

TO THE HONORABLE TROY NUNLEY, DISTRICT COURT JUDGE AND ALL PARTIES OF INTEREST:

    GOOD CAUSE APPEARING, the Court herewith grants Debtor's and Appellant's request for an extension of time in which to file opening brief through and including  April 27, 2015.

1  IT IS SO ORDERED.

2

3

4  Dated:  April 16, 2015

5

6

7  Troy L. Nunley
   United States District Judge