# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br>GLENN GREGO,<br>           Debtor. | Case no.:   2:15-cv-00458-TLN<br>Bankruptcy case no.:   14-20064 |

On appeal from the United States Bankrupcty Court for the Eastern District of California

Hon. Robert S. Bardwil

---

**ORDER GRANTING EX PARTE APPLICATION BY PACIFIC WESTERN BANK FOR AN EXTENSION FOR LEAVE TO FILE APPELLEE'S BRIEF**

---

*Submitted by*:
David K. Eldan SBN 163592
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:   (213) 683-6500
Facsimile:    (213) 683-6669
E-mail:         deldan@pmcos.com

*Attorneys for PACIFIC WESTERN BANK*

The Court having reviewed the "Ex parte application by Pacific Western Bank for an Extension for Leave to File appellee's brief (L.R. 144)" (the "Application") filed on May 28, 2015, and good cause appearing therefor,

**IT IS ORDERED** that the Application is APPROVED.

Dated: May 28, 2015

_____
Troy L. Nunley
United States District Judge

1